HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES EDWARD FOLLIS, | CASE NO. C17-5644RBL |
| Plaintiff, | ORDER |
| v. | |
| BAKER, | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiff Follis's "Appeal of the Decision and Review" [Dkt. #21] The Magistrate Judge issued a Report and Recommendation [Dkt. #19] regarding the dismissal of some of Follis's claims. This Court has not yet adopted that R &R, and Follis has sought and obtained additional time to object to it [Dkt. #s 20 & 22]. Indeed, that time has now expired and Follis has not yet filed an objection.

But there is nothing to "appeal," yet, and certainly not to this Court. The Motion is DENIED. Follis should file any objection to the R &R immediately.

IT IS SO ORDERED.

Dated this 13th day of February, 2018.

Ronald B. Leighton
United States District Judge

ORDER - 1