UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES EDWARD FOLLIS,

    Plaintiff,

v.

PIERCE COUNTY SHERIFF BAKER and PIERCE COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

CASE NO. 3:17-CV-05644-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' motion to dismiss [Dkt. #14] is **GRANTED**; plaintiff's claims against Pierce County Sheriff's Department, under the Universal Declaration of Human Rights, relating to Angela Dorsey, and criminal conspiracy claim are **DISMISSED**.

**DATED** this 2nd day of March, 2018.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1