HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES EDWARD FOLLIS,

        Plaintiff,

  v.

BAKER, et al.,

        Defendants.

CASE NO. C17-5644 RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 35].

1. The Report and Recommendation is **ADOPTED;**
2. Defendant Baker's Motion for Summary Judgment is **GRANTED** and Plaintiff Follis's claims against him are **DISMISSED** with prejudice;
3. If he appeals, Follis's *in forma pauperis* status will **CONTINUE**;
4. Because there are no claims remaining, this matter is **CLOSED**;

ORDER - 1

5. The Clerk shall send copies of this Order to Follis's last known address and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 9th day of November, 2018.

                                          Ronald B. Leighton
                                          United States District Judge